


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARTHA L. PRICE AND ANGELA L. PRICE, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 4:11-CV-799-A |
| BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2007-02, | § § § § § § § | |
| Defendants. | § | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED PETITION FOR FAILURE TO STATE A CLAIM

Defendants Bank of America, N.A. ("BANA") and The Bank of New York Mellon, as trustee ("BONY") (collectively, "Defendants") move to dismiss plaintiffs' first amended petition under Federal Rule of Civil Procedure 12(b)(6) because, as pleaded, the petition fails to state a claim upon which relief can be granted. Because the Prices' central claim regarding Defendants' authority to foreclose is unambiguously wrong under Texas law. As to their other claims, they simply assert no facts that could animate a cause of action for which Defendants could be liable. Moreover, the claims fail because the Prices failed to plead sufficient facts to allow the court to draw a reasonable inference that Defendants committed the misconduct alleged in the complaint. These claims should therefore be dismissed. In support of its motion, Defendants submit a Brief in Support, as well as a Proposed Order to the court.

Date: December 12, 2011

Respectfully submitted,

_____
Michael J. McKleroy, Jr.
SBN: 24000095, FBN: 576095
C. Charles Townsend
SBN: 24028053, FBN: 1018722
Walter McInnis
SBN: 24046394, FBN: 588724
AKERMAN SENTERFITT, LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339

**ATTORNEYS FOR DEFENDANTS BANK OF AMERICA, N.A. and THE BANK OF NEW YORK MELLON, AS TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, a true and correct copy of the foregoing was served as follows:

Caleb Israel Moore
Law Firm of Caleb Moore
2205 Martin Drive
Suite 200
Bedford, TX 76021
817.581.2540 (Facsimile)
*Attorney for Plaintiff*
**VIA FACSIMILE**

_____
Walter McInnis