ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 JAN -6 AM 9: 24

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARTHA L. PRICE AND ANGELA L. PRICE, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 4:11-CV-799-A |
| BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2007-02, | § § § § § § § | |
| Defendants. | § | |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT,

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Martha L. Price and Angela L. Price file this stipulation dismissing the above-captioned lawsuit without prejudice.

Date: January 6, 2012                    Respectfully submitted,

*[signature]*
Caleb Israel Moore
SBN: 24067779
2205 Martin Drive, Suite 200
Bedford, Texas 76021
Telephone: 682.521.5002
Facsimile: 817.581.2540

**ATTORNEY FOR PLAINTIFF
MARTHA L. PRICE and
ANGELA L. PRICE**